## (March 6, 1979)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SALVATORE GRAVANO, GARY GARDINE, LAWRENCE MACARI, ALEXANDER CUOMO and PETER MACARI, Appellants.—On the court's own motion the above-entitled decision dated February 20, 1979 [67 AD2d 988] is amended by adding to the last paragraph thereof after the first sentence the following: "The defen-

dants' right to be on the premises searched by the police is not in question." Order dated February 20, 1979 amended accordingly. O'Connor, J. P., Shapiro, Margett and Cohalan, JJ., concur.